EDITH JUNE SALLADE, complainant-appellant,

*v.*

WILEY U. SALLADE, defendant-respondent.

[Argued May term, 1936.   Decided October 2d, 1936.]

*Mr. James Mercer Davis* and *Mr. John R. K. Scott,* for the complainant-appellant.

*Mr. Albert S. Woodruff,* for the defendant-respondent.

PER CURIAM.

The complainant wife sought separate maintenance as provided for by statute.   Her husband answered and counterclaimed for divorce on the ground of extreme cruelty.   The advisory master, to whom the case was referred, denied the wife relief and advised a decree of divorce for the husband. We have carefully examined the proofs adduced.   They clearly support the findings of fact.

The decree is, therefore, affirmed.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ.   11.

*For reversal*—None.